RECEIVED

AUG - 1 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JASON CHAD REDDITT | CIVIL ACTION NO. 1:12-CV-405 |
| VERSUS | JUDGE TRIMBLE |
| C. RUNGE, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT OF PARTIAL DISMISSAL

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted *except* his claims against **Officer C. Runge**.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 1st day of August, 2012.

JUDGE TRIMBLE
UNITED STATES DISTRICT JUDGE