

**RECEIVED**
IN ALEXANDRIA, LA.

APR 1 2 2013

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JASON REDDITT | CIVIL ACTION NO. 12-405 |
| VERSUS | JUDGE TRIMBLE |
| C. RUNGE, ET AL. | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons contained in the report and recommendation of the magistrate judge previously filed herein, and after independent (de novo) review of the record, noting the absence of objections filed herein, and having determined that the findings and recommendation are correct under applicable law; it is hereby

ORDERED that plaintiff's suit is **DENIED** and **DISMISSED WITH PREJUDICE**. It is further

ORDERED that all pending motions in this case are now **DENIED AS MOOT**.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 12th day of April, 2013.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE